IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC BOEHLER,

    Plaintiff,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　15-cv-67-wmc

WISCONSIN DEPARTMENT OF
CORRECTIONS, EDWARD WALL,
DEIRDRE MORGAN, SCOTT
LEGWOLD, KATHRYN ANDERSON,
CATHY JESS, JAMES GREER, JUDY P.
SMITH, ROBERT HABLE, JIM ZANON,
STAN DOMAN, DANELLE FOSTER,
JAMIE BARKER, MR. MURPHY and
CAROL CARPENTER
    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Eric Boehler's request for leave to proceed and dismissing this case without prejudice for failure to exhaust available administrative remedies as required by 42 U.S.C. § 1997e(a).

    /s/　　　　　　　　　　　　　　　　　　7/29/2015
Peter Oppeneer, Clerk of Court　　　　　　　　　Date